# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.  3:18-CR-397-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| RICHARD PAGE, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Seal" (Document No. 76) filed May 5, 2020.  In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing.  The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Sentencing Memorandum contains sensitive and private information that is inappropriate for public access.  Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion To Seal" (Document No. 76) is **GRANTED**, and the "Sentencing Memorandum" (Document No. 75) is sealed until further Order of this Court.

Signed: May 5, 2020

David C. Keesler
United States Magistrate Judge